IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PRESIDENTIAL CANDIDATE NUMBER P60005535 a/k/a RONALD SATISH EMRIT a/k/a PRESIDENTIAL COMMITTEE/POLITICAL ACTION COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C00569897 d/b/a UNITED EMRITS OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>INTERNATIONAL COURT OF JUSTICE IN HAGUE, NETHERLANDS; the UNITED NATIONS; the WORLD TRADE ORGANIZATION; the COUNCIL ON FOREIGN RELATIONS; the TRILATERAL COMMISSION; the UNITED STATES EMBASSY OF POLAND; and the EMBASSY OF POLAND IN THE UNITED STATES,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:25-CV-00255-MJT |

**ORDER ADOPTING THE REPORT
AND RECOMMENDATION OF THE MAGISTRATE JUDGE TO
DENY PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* (Doc. #2)**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the District Court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On August 18, 2025, Judge Stetson issued a report and recommendation [Dkt. 5] recommending that this court deny Plaintiff's motion to proceed *in forma pauperis* [Dkt. 2]. For the reasons below, the report and recommendation is adopted.

Plaintiff is known as a "serial *pro se* filer" who "continues to abuse the *in forma pauperis* privilege by recycling the same patently frivolous allegations . . . in inscrutable pleadings that demonstratively clog the federal district courts with meritless litigation." *Emrit v. CIA et al.*, No. 3:22-CV-35, 2022 WL 1575999, at *1 n.1 (N.D. W.Va. Apr. 1, 2022) (collecting cases). This court has handled some of his previous claims. *See, e.g.*, *Presidential Candidate No. P60005535 v. World Intell. Prop. Org.*, No. 9:25-CV-114, 2025 WL 1911409 (E.D. Tex. June 12, 2025), *R. & R. adopted*, 2025 WL 1907479 (E.D. Tex. July 10, 2025).

To prevent abuse of the federal *in forma pauperis* statute, 28 U.S.C. § 1915, federal courts are authorized "to dismiss a claim filed in forma pauperis 'if the allegation of poverty is untrue, or if satisfied that the action is frivolous or malicious.'" *Neitzke v. Williams*, 490 U.S. 319, 324 (1989) (referencing § 1915(d)). Actions are frivolous or malicious if the factual allegations therein are "fanciful," or describe "fantastic or delusional scenarios." *Id*. at 328.

Here, the Magistrate Judge found Plaintiff's "fanciful" complaint described nothing but "delusional scenarios." [Dkt. 5 at 2 (quoting *Neitzke*, 490 U.S. at 328)]. She therefore recommended that Plaintiff's motion to proceed *in forma pauperis* be denied. Judge Stetson further recommended that Plaintiff be ordered to pay the court's filing fee of $405 within fourteen (14) days of any order denying his pauper status to avoid having this action dismissed for failure to prosecute [Dkt. 5 at 3]. Plaintiff did not file objections, and the Court finds no legal error in Judge Stetson's Report.[1]

---

[1] The court notes, as the Magistrate Judge did [Dkt. 5 at 2 n.1], that Plaintiff has filed a notice of interlocutory appeal [Dkt. 4], which generally "strips the district court of jurisdiction" over pending matters. *Butler v. Denka Performance Elastomer LLC*, 806 F. App'x 271, 275 n.5 (5th Cir. 2020) (citing *United States v. Dunbar*, 611 F.2d 985 (5th Cir. 1980)). However, this notice of appeal is "manifestly ineffective" because no orders have been entered in this case, so there is nothing to appeal. *United States v. Hitchmon*, 602 F.2d 689, 694 (5th Cir. 1979); *see also* 16A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 3949.1 (5th ed. 2025) (explaining the same).

The Court agrees with Judge Stetson's Report and Recommendation and adopts it in full. In this action, judicial economy is best served by denying Plaintiff's *in forma pauperis* motion. Dismissing the case outright could lead to wasting court resources if the same frivolous allegations are asserted again, as they have been across the nation. *Emrit*, 2022 WL 1575999, at *1 n.1.

### Order

Plaintiff's motion to proceed *in forma pauperis* [Dkt. 2] is DENIED. Plaintiff shall pay the court's filing fee of $405 within fourteen (14) days of this order or this action will be dismissed for failure to prosecute.

IT IS SO ORDERED.

**SIGNED this 16th day of September, 2025.**

Michael J. Truncale
United States District Judge