IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PRESIDENTIAL CANDIDATE NUMBER P60005535 *a/k/a* RONALD SATISH EMRIT *a/k/a* PRESIDENTIAL COMMITTEE/POLITICAL ACTION COMMITTEE/SEPARATE SEGREGATED FUND (SSF) NUMBER C00569897 d/b/a UNITED EMRITS OF AMERICA<br><br>*Plaintiff*,<br><br>v.<br><br>INTERNATIONAL COURT OF JUSTICE IN HAGUE, NETHERLANDS; the UNITED NATIONS; the WORLD TRADE ORGANIZATION; the COUNCIL ON FOREIGN RELATIONS; the TRILATERAL COMMISSION; the UNITED STATES EMBASSY OF POLAND; and the EMBASSY OF POLAND IN THE UNITED STATES<br><br>*Defendants*. | CIVIL ACTION NO. 1:25-CV-00255-MJT-CLS |

**ORDER ADOPTING THE REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the district court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72.

On October 9, 2025, Judge Stetson recommended dismissing this action under Federal Rule of Civil Procedure 41(b) because Plaintiff, proceeding *pro se* and *in forma pauperis*, did not comply with a September 16, 2025 court order that instructed him to pay the $405 filing fee to

avoid dismissal of his case for failure to prosecute. [Dkt. 8]. Plaintiff did not object to the recommendation. Accordingly, it is ADOPTED. The clerk of court is hereby ordered to DISMISS this action without prejudice pursuant to Rule 41(b). A final judgment will be entered.

**SIGNED this 28th day of October, 2025.**

Michael J. Truncale
United States District Judge